IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GOHEALTH, LLC, | ) |
| Plaintiff, | ) Case No. |
| v. | ) |
| PAUL SIMPSON, JOSEPH LOCONTI, JAKE MENDELL and ZOOM HEALTH | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Paul Simpson ("Simpson"), Joseph LoConti ("LoConti"), Jake Mendell ("Mendell") and Zoom Health, Inc. ("Zoom") (collectively, "Defendants"), by and through their legal counsel, McDonald Hopkins, LLC, hereby respectfully file and serve this Notice of Removal to remove this action from the Circuit Court of Cook County, Illinois. In support thereof, Defendants state the following:

1. On February 27, 2013, Simpson was served with a Summons and Complaint filed by Plaintiff GoHealth, LLC ("Plaintiff") in the Circuit Court of Cook County, Illinois (the "State Court Action"). Zoom, LoConti, and Mendel were served shortly thereafter. The State Court Action is captioned *GoHealth LLC v. Simpson, et al.* and bears Case No. 2013 L 0001589. Copies of the documents filed in the State Court Action are attached collectively hereto as **Exhibit A.**

2. Removal of this action is proper under 28 U.S.C. §§ 1332 and 1441 because there exists completely diversity between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3.    Plaintiff alleges in the Complaint that it is a limited liability company organized under the laws of Delaware with its principal place of business in Chicago, Illinois. (Compl. ¶ 1.) Plaintiff further alleges that Simpson is a resident of California, LoConti is a resident of Ohio, Mendell is a resident of California, and Zoom is a corporation organized under the laws of California with its principal place of business in Orange County, California. (Compl. ¶¶ 2-5.) Accordingly, the parties are completely diverse.

4.    In its Complaint, Plaintiff asserts claims for: (1) breach of contract against Zoom (Count I); (2) breach of contract against Simpson and Mendell (Count II); (3) breach of fiduciary duty against LoConti, Simpson and Mendell (Count III); (4) alter ego/piercing corporate veil against LoConti and Simpson (Count IV); (5) indemnity (Zoom, Simpson and Mendell) . (Compl. ¶¶ 25-91.)  Plaintiff prays for the court to enter judgment in its favor and against Defendants: (1) on Count I, "in an amount in excess of $1,493,386.50"; (2) on Count II, "in an amount in excess of $1,244,063"; (3) on Count III, in an amount to be determined at trial; (4) on Count IV, in an amount to be determined at trial; and (5) on Count V, "in excess of $40,000." (*See* Compl., Prayers for Relief.)  Based on the above, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.    In compliance with 28 U.S.C. §1446(b), this Notice of Removal is being filed with this Court within thirty days after Plaintiff's Complaint first was served on Simpson.

6.    Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Northern District of Illinois is the federal district court for the district embracing the place where the State Court Action is pending.

7.	By filing this Notice of Removal, Defendants do not waive any rights, claims, actions, defenses, or set-offs to which they are or may be entitled to in law or at equity, all of which rights, claims, actions, defenses, and set-offs Defendants hereby expressly reserve.

8.	Moreover, because the State Court granted Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint on March 28, 2013, Defendants' current filing deadline in this Court to respond to Plaintiff's Complaint is April 29, 2013. *See* 28 U.S.C. § 1450 (providing that all "orders and other proceedings had in such [state court] action prior to its removal shall remain in full force and effect until dissolved or modified by the district court); *Granny Goose Foods, Inc. v. Brotherhood of Teamsters & Auto Truck Drivers Local No. 70,* 415 U.S. 423 (1974).

9.	Defendants promptly shall file a true and correct copy of this Notice of Removal in the Circuit Court of Cook County, Illinois and serve written notice of the same upon all parties to the action, as required by 28 U.S. C. §1446(d).

WHEREFORE, Defendants hereby give notice that the above-entitled action is removed to the United States District Court for the Northern District of Illinois in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446.

                    PAUL SIMPSON, JOSEPH LOCONTI,
                    JAKE MENDELL and ZOOM HEALTH,

                    By: /s/Joseph J. Jacobi
                         One of Their Attorneys

**ATTORNEYS FOR DEFENDANTS**
**MCDONALD HOPKINS, LLC**
Joseph J. Jacobi - Attorney No. 6273967
300 North LaSalle Street
Suite 2100
Chicago, IL 60654
Telephone: (312) 642-6613

Fax: (312) 280-8232
Email: jjacobi@mcdonaldhopkins.com

**MCDONALD HOPKINS, LLC**
*Jennifer D. Armstrong, Ohio #0081090
600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5809
Fax: (216) 348-5474
Email: jarmstrong@mcdonaldhopkins.com

*Admission pending in N.D. Ill.

## CERTIFICATE OF SERVICE

I hereby certify that this **NOTICE OF REMOVAL** was served via hand delivery on March 28, 2013 upon the following:

Christopher E. Kentra, Esq.
Clark M. Stalker, Esq.
Meckler Bulger Tilson Marick &
Pearson LLP
123 North Wacker Drive
Suite 1800
Chicago, IL 60606

By: /s/Joseph J. Jacobi